IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20351
Conference Calendar
_____


UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

JERRY LEE HAMBRICK,

                              Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR-H-94-287
- - - - - - - - - -
June 25, 1996
Before HIGGINBOTHAM, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    We have jurisdiction over this appeal because the district court implicitly found excusable neglect, pursuant to Fed. R. App. P. 4(b), when it granted the motion for the appointment of appellate counsel.  See United States v. Lister, 53 F.3d 66, 68 (5th Cir. 1995).

    Court-appointed counsel for Jerry Lee Hambrick has filed a brief as required by Anders v. California, 386 U.S. 738 (1967).

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

We have independently reviewed counsel's brief and the record.

We detect no nonfrivolous issue.  Accordingly, counsel is excused

from further responsibilities herein, and the APPEAL IS

DISMISSED.  <u>See</u> 5th Cir. R. 42.2.